BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TYLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WINDELL AVERETTE TYLER,<br><br>　　　　　　Defendant. | No. CR-96-354 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RELEASE FROM CUSTODY** |

　　　　On November 17, 2008, this Court ordered Windell Tyler released to the Salvation Army Adult Rehabilitation Center as soon as a bed becomes available, with the understanding that he will remain at the program for at least six months. On November 18, 2008, defense counsel received word from the Salvation Army that a bed is now available. Mr. Tyler must report to the program before 2:30 p.m. any day this week for admission.

　　　　Accordingly, the parties ask that this Court issue a release order providing that Mr. Tyler is to be released on Thursday morning, November 20, 2008 at 9:00 a.m. with the understanding that he will walk directly to the Oakland Federal Public Defender Office, from which he will go directly to the Salvation Army at 1500 Valencia Street in San Francisco to commence residential treatment.

1

Defense counsel has spoken with Mr. Tyler's probation officer, Octavio Magana, about this plan. Mr. Magana has no objection.

| | |
|---|---|
| November 19, 2008<br>Date | /s/ Ned Smock<br>Ned Smock<br>Assistant Federal Public Defender |
| November 19, 2008<br>Date | /s/ Jonathan Schmidt<br>Jonathan Schmidt<br>Assistant United States Attorney |

### [PROPOSED] ORDER

It is hereby **ORDERED** that Mr. Windell Tyler be released from federal custody on **Thursday, November 20, 2008 at 9:00 a.m.** Following release from custody, Mr. Tyler is to immediately report to the Federal Public Defender Office in Oakland, then go directly to the Salvation Army ARC Program at 1500 Valencia Street in San Francisco. He is to abide by all the terms and conditions of that program and continue to report to his Probation Officer as directed.

**IT IS SO ORDERED**

DATED: 11/19/2008

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel* (signature stamp)